**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | All Cases in Exhibit A |

## ORDER

The Joint Motion to Dismiss Certain Defendants pending in the cases listed in Exhibit A are GRANTED. Accordingly, American College of Physicians, the National Committee for Quality Assurance and the American College of Gynecologists and Obstetricians are DISMISSED.

IT IS SO ORDERED this 20th day of January, 2009.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

1

# EXHIBIT A

4:08-cv-03838-WRW   Jarrell et al v. American Home Products Corporation et al

4:08-cv-03839-WRW   Javins et al v. American Home Products Corporation et al

4:08-cv-03841-WRW   Jarrell et al v. American Home Products Corporation et al

4:08-cv-03843-WRW   Jeffers et al v. American Home Products Corporation et al

4:08-cv-03844-WRW   Johnson v. American Home Products Corporation et al

4:08-cv-03846-WRW   Johnson et al v. American Home Products Corporation et al

4:08-cv-03847-WRW   Jordan et al v. American Home Products Corporation et al

4:08-cv-03849-WRW   Keith et al v. American Home Products Corporation et al

4:08-cv-03850-WRW   Kellar v. American Home Products Corporation et al

4:08-cv-03851-WRW   Kelly v. American Home Products Corporation et al

4:08-cv-03853-WRW   Kessinger v. American Home Products Corporation et al

4:08-cv-03854-WRW   Kimball et al v. American Home Products Corporation et al

4:08-cv-03856-WRW   King et al v. American Home Products Corporation et al

4:08-cv-03857-WRW   King v. American Home Products Corporation et al

4:08-cv-03858-WRW   Kinser v. American Home Products Corporation et al

4:08-cv-03859-WRW   Kittle et al v. American Home Products Corporation et al

4:08-cv-03860-WRW   Knight et al v. American Home Products Corporation et al

4:08-cv-03862-WRW   Koon v. American Home Products Corporation et al

4:08-cv-03863-WRW   Kozielec et al v. American Home Products Corporation et al

4:08-cv-03864-WRW   Lamb v. American Home Products Corporation et al

4:08-cv-03865-WRW   Lambert v. American Home Products Corporation et al

4:08-cv-03867-WRW   Lane et al v. American Home Products Corporation et al

4:08-cv-03868-WRW   Lane et al v. American Home Products Corporation et al


4:08-cv-03869-WRW    Lanham et al v. American Home Products Corporation et al

4:08-cv-03870-WRW    Lawrence v. American Home Products Corporation et al

4:08-cv-03871-WRW    Layton et al v. American Home Products Corporation et al

4:08-cv-03873-WRW    Lemaster v. American Home Products Corporation et al

4:08-cv-03874-WRW    Karnes et al v. American Home Products Corporation et al

4:08-cv-03875-WRW    Kassay et al v. American Home Products Corporation et al

4:08-cv-03876-WRW    Layfield et al v. American Home Products Corporation et al

4:08-cv-03877-WRW    Lemasters v. American Home Products Corporation et al

4:08-cv-03878-WRW    Lester-Houston et al v. American Home Products Corporation et al

4:08-cv-03879-WRW    Lester et al v. American Home Products Corporation et al

4:08-cv-03880-WRW    Underwood-Lewis et al v. American Home Products Corporation et al

4:08-cv-03882-WRW    Linkous v. American Home Products Corporation et al

4:08-cv-03884-WRW    Lively et al v. American Home Products Corporation et al

4:08-cv-03887-WRW    Looman v. American Home Products Corporation et al

4:08-cv-03888-WRW    Logan et al v. American Home Products Corporation et al

4:08-cv-03889-WRW    Lovejoy v. American Home Products Corporation et al

4:08-cv-03890-WRW    Lucion v. American Home Products Corporation et al

4:08-cv-03891-WRW    Lyons et al v. American Home Products Corporation et al

4:08-cv-03892-WRW    MacKnight et al v. American Home Products Corporation et al

4:08-cv-03893-WRW    Marcum et al v. American Home Products Corporation et al

4:08-cv-03894-WRW    Marshall et al v. American Home Products Corporation et al

4:08-cv-03895-WRW    Mason et al v. American Home Products Corporation et al

4:08-cv-03897-WRW    Maxwell v. American Home Products Corporation et al

4:08-cv-03898-WRW    May v. American Home Products Corporation et al

4:08-cv-03900-WRW   May v. American Home Products Corporation et al

4:08-cv-03901-WRW   Mayes et al v. American Home Products Corporation et al

4:08-cv-03902-WRW   Mayle et al v. American Home Products Corporation et al

4:08-cv-03903-WRW   Maynard et al v. American Home Products Corporation et al

4:08-cv-03904-WRW   Maynor et al v. American Home Products Corporation et al

4:08-cv-03905-WRW   Mayo et al v. American Home Products Corporation et al

4:08-cv-03906-WRW   McClure et al v. American Home Products Corporation et al

4:08-cv-03908-WRW   McCormick v. American Home Products Corporation et al

4:08-cv-03909-WRW   Ross et al v. American Home Products Corporation et al

4:08-cv-03911-WRW   Ross v. American Home Products Corporation et al

4:08-cv-03913-WRW   Roy et al v. American Home Products Corporation et al

4:08-cv-03914-WRW   Runyan et al v. American Home Products Corporation et al

4:08-cv-03915-WRW   McManaman et al v. American Home Products Corporation et al

4:08-cv-03916-WRW   McMillion v. American Home Products Corporation et al

4:08-cv-03918-WRW   Samples v. American Home Products Corporation et al

4:08-cv-03919-WRW   Sams v. American Home Products Corporation et al

4:08-cv-03920-WRW   Sarrett et al v. American Home Products Corporation et al

4:08-cv-03921-WRW   Satterfield v. American Home Products Corporation et al

4:08-cv-03922-WRW   Saunders et al v. American Home Products Corporation et al

4:08-cv-03923-WRW   Saunders et al v. American Home Products Corporation et al

4:08-cv-03924-WRW   Scaggs et al v. American Home Products Corporation et al

4:08-cv-03954-WRW   White et al v. American Home Products Corporation et al

4:08-cv-03956-WRW   Means et al v. American Home Products Corporation et al

4:08-cv-03962-WRW   Metz et al v. American Home Products Corporation et al

4:08-cv-03963-WRW    Metts v. American Home Products Corporation et al

4:08-cv-03967-WRW    Midkiff v. American Home Products Corporation et al

4:08-cv-03969-WRW    Milam et al v. American Home Products Corporation et al

4:08-cv-03973-WRW    Miller v. American Home Products Corporation et al

4:08-cv-03975-WRW    Miller v. American Home Products Corporation et al

4:08-cv-03977-WRW    Miller et al v. American Home Products Corporation et al

4:08-cv-03982-WRW    Miller et al v. American Home Products Corporation et al

4:08-cv-03983-WRW    Moncrief et al v. American Home Products Corporation et al

4:08-cv-03985-WRW    Mitchell v. American Home Products Corporation et al

4:08-cv-03987-WRW    Monroe et al v. American Home Products Corporation et al

4:08-cv-03989-WRW    Monty v. American Home Products Corporation et al

4:08-cv-03990-WRW    Thompson et al v. American Home Products Corporation et al

4:08-cv-03991-WRW    Morgan et al v. American Home Products Corporation et al

4:08-cv-03996-WRW    Murphy v. American Home Products Corporation et al

4:08-cv-03998-WRW    Murphy v. American Home Products Corporation et al

4:08-cv-04001-WRW    Muncy v. American Home Products Corporation et al

4:08-cv-04002-WRW    Mullins et al v. American Home Products Corporation et al

4:08-cv-04004-WRW    Mounts v. American Home Products Corporation et al

4:08-cv-04006-WRW    Mounts v. American Home Products Corporation et al

4:08-cv-04010-WRW    Newman et al v. American Home Products Corporation et al

4:08-cv-04011-WRW    Nichols et al v. American Home Products Corporation et al

4:08-cv-04012-WRW    Neace et al v. American Home Products Corporation et al

4:08-cv-04014-WRW    Murphy et al v. American Home Products Corporation et al

4:08-cv-04018-WRW    Napier et al v. American Home Products Corporation et al

4:08-cv-04020-WRW   Mutters et al v. American Home Products Corporation et al

4:08-cv-04026-WRW   Null v. American Home Products Corporation et al

4:08-cv-04029-WRW   Nutter v. American Home Products Corporation et al

4:08-cv-04031-WRW   Nutter v. American Home Products Corporation et al

4:08-cv-04034-WRW   Nutter v. American Home Products Corporation et al

4:08-cv-04039-WRW   Overbaugh et al v. American Home Products Corporation et al

4:08-cv-04043-WRW   Pack et al v. American Home Products Corporation et al

4:08-cv-04048-WRW   Painter et al v. American Home Products Corporation et al

4:08-cv-04051-WRW   Pauley et al v. American Home Products Corporation et al

4:08-cv-04053-WRW   Paxton v. American Home Products Corporation et al

4:08-cv-04056-WRW   Payne et al v. American Home Products Corporation et al

4:08-cv-04062-WRW   Pemberton et al v. American Home Products Corporation et al

4:08-cv-04065-WRW   Pennington et al v. American Home Products Corporation et al

4:08-cv-04067-WRW   Perkins et al v. American Home Products Corporation et al

4:08-cv-04069-WRW   Perrine et al v. American Home Products Corporation et al

4:08-cv-04071-WRW   Perry et al v. American Home Products Corporation et al

4:08-cv-04078-WRW   Perry v. American Home Products Corporation et al

4:08-cv-04080-WRW   Perry et al v. American Home Products Corporation et al

4:08-cv-04081-WRW   Peters v. American Home Products Corporation et al